August 1st 2006

Bradford K. Jones #260016
DCC
1181 Paddock Road
Building 22 B upper 6
Smyrna De, 19977

District Court of Delaware
Clerk of the District Court
844 N. King Street
Locker Box 18
Wilm, De 19801



RE: Writ of habeas Corpus, Stay And
filing Fee.

Dear Clerk of the district Court of Delaware: Enclosed, is A "five Dollar" money order To defray the Cost of the filing fee To process This petition. Time was of the Essence so I had To provide this court with my Last Commissary Purchase. it shows That I have 38¢ As of July 25th, 2006 in my Prison Account. I sent "Two Requests" To the business, office for the Six month Expenditure, To No Avail. In order, That my petition Could Be filed Timely; It was "Imperative", for me To use These Alternative means. please "Accept" the Enclosure And Process The filing of my writ of Habeas Corpus And motion for A Stay of proceedings To Exhaust;

. State Court Remedies, It should Be Noted That, I will, forward the six month Accounting As soon As the Business office forwards it To me.

Please process And "Thank you" For your Time and Consideration.

August 1st 2006

VERY TRULY,
Bradford K. Jones

FORM#: 633-A F & B (9/2/99)
Print Clearly and Legibly

## COMMISSARY LIST
### (FRONT SIDE)

Tier: **B**   Cell#: **U-6**

Print Name: **Bradford Jones**    SBI#: **260016**    Building: **22**   Date: **July 23 06**   Signature: **Bradford Jones**

| # Ordered | ITEM | Substitution A | Substitution B | # Filled |
|---|---|---|---|---|
| 2 (Example) | Milky Way Candy Bar (Example) | Kit Kat Bar (Example) | None (Example) | |
| 1 | Colgate Toothpaste | | | |
| 1 | Sport Talc | | | |
| 1 | VO5 Shampoo | | | |
| 1 | VO5 Conditioner | | | |
| 2 | Dial Soaps | | | |
| 10 | Stamps | | | |
| 3 | Brown Envelopes | | | |
| 3 | Shrimp Soups | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| xxxxxxxx | CONTINUE LIST ON THE BACK | XXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXX | |

**INSTRUCTIONS:** Print your name, SBI#, Building, and the current Date in the appropriate spaces at the top of the form.
You may make 2 substitutions in case an item is out of stock. Indicate NONE if you desire NO Substitutions, or ANY if you will accept any substitute. For example, if the Commissary was out of Milky Way bars and you put ANY in Substitution A, the Commissary would fill your order with stock.

**NOTE:** Check your bag at the window. **DO NOT LEAVE**, then return saying that something is

**COMMISSARY LIST**
(BACK SIDE)

FORM#: 633-A  F & B  (9/2/99)
Print Clearly and Legibly

| # Ordered | ITEM | Substitution A | Substitution B | # Filled |
|-----------|------|----------------|----------------|----------|
| (Example) | Milky Way Candy Bar (Example) | Kit Kat Bar (Example) | None  (Example) | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |