In The Superior Court of The State of Delaware
In And for New Castle County

**ORIGINAL**

Bradford K. Jones
V.
State of Delaware

06 492

NO. _____ 2006
CA. ID NO. 0201008286
No. 321, 2004

FILED
AUG - 8 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Affidavit Of: Bradford K. Jones
In Support of Motion; Separate Memorandum, Appendix, Appointment of Counsel And Evidentiary Hearing On Post Conviction Relief Pursuant To Superior Court Criminal Rule 61.

State of Delaware
New Castle County         SS,   On This __19th__ day of July o

  I, Bradford K. Jones, An Inmate at the, Delaware Correctional Center do hereby state that The following statements are True And Correct To The best of my Knowledge And Ability;

1.) That, The motion for post conviction Relief And The memorandum And All other materials That Accompany The motion Are done in good faith;

1 of 4

2.) That, I believe that the Claim of Ineffective Assistance of Counsel against my Attorney's of Record at Trial, Jennifer-Kate Aaronson And Joseph A. Gabay Esquire is meritorius And that I am Entitled to Relief from their deficient performance,

3.) That, Defense Counselors, Aaronson And Gabay, Neglected to provide Due And Reasonable Care when they were Requested by Affiant to do so. Namely, They failed upon Clients Request to motion The Superior Court, Pursuant to Criminal Rule 41(F) to Suppress so-Called Evidence by The state And Support Such motion to "challenge the veracity of the Search warrant."

4.) That, had Defense Counselors Exercised "due diligence" in challenging The veracity of the Search warrant, The Result may have Been different. (See Record of mail sent to Lawyers in This case.) Attached hereto.

5.) That, the state prosecution's Argument on Direct Appeal Supports The merits of Counselors Arronson And Gabays fundamental Error.

6.) That, "material Evidence" offered may Be Noticed, By superior Court of New Castle County pursuant to Superior Court Criminal Rule 61 (G) (1), (2) & (3).

7.) That, the Supreme Court of Delaware's ORDER, decided August 22nd, 2005 should be construed by the Superior Court as sufficient consideration to impute a finding of Ineffective Assistance of Counsel by Defense Counsel. The Courts holding that: "In the Absence of a defense motion to Suppress and a pretrial Suppression hearing, There is not an Adequate Record upon which to conduct an Appellate Review of Jones' Claim." See Number (3) of August 22nd, 2005 (Order).

8.) That, The pretrial motion, Request by the Affiant of defense Counselor's Aaronson and Gabay; To Suppess by "challenging The veracity of The Search warrant" was a "Permissible and possibley" could have been a "persuasive" Request. Because, it is a logical and orderly deductive Process Allowable by the Civil and Criminal Rules of Superior Court.

9.) That, Affiant, believes That he has set forth, Plausible claims of Ineffective Assistance of Counsel by a Preponderence of The Evidence. Sufficient to meet The Two Prongs of Strictland v. Washington, 466 U.S. At 689, 104 S. Ct. AT 2065.

10.) That, Affiant Believes he is Entitled To Relief, pursuant To Superior Court Criminal Rule 61 et.al. and at the Discretion of the Court may Be Entitled To an Evidentiary hearing pursuant To Superior Court Criminal Rule 61 ( ) (1) and the Appointment of Counsel under Rule 61 (e) (1), So that the preservation of Appellate Review may Be obtained in the event Relief is denied and The historical facts may Be developed.

Affiant, Bradford K. Jones, states that the Aforemention statements are True and Correct To The Best of my Knowledge and Belief And has Been Sworn To And subscribed Before The undersigned Notary at the D.C.C

Notary [signature: Brian D. Engrem]
Date 7-19-06

Brian D. Engrem
Notary Public, State of Delaware
My Commission Expires June 14, 2008

Affiant:
Bradford K. Jones
#00260016 Bradford K. Jones

Record of mail sent to lawyers

**ORIGINAL**    Legal mail

mail sent to: Joseph A. Gabay 11-1-02
mail sent to: Kate Arronson 11-1-02
mail sent to: Joseph A. Gabay 12-7-02
mail sent to: Joseph A. Gabay 12-9-02
mail sent to: Joseph A. Gabay 12-11-02
mail sent to: Joseph A. Gabay 12-29-02

mail sent to: Kate Arronson 12-30-02
mail sent to: Joseph A. Gabay 12-30-02
mail sent to: Joseph A. Gabay 1-4-03
mail sent to: Joseph A. Gabay 1-22-03
mail sent to: Joseph A. Gabay 2-4-03
mail sent to: Kate Arronson 2-4-03
mail sent To: Kate Aaronson 2-17-03
mail sent To: Kate Aaronson 3-18-03
mail sent to: Kate Aaronson 3-24-03
mail sent to: Joseph A. Gabay 3-25-03
mail sent to: Kate Aaronson 3-25-03
mail sent to: Kate Aaronson 4-15-03
mail sent to: Kate Aaronson 4-22-03
mail sent to: Judge Silverman 4-22-03
mail sent to: Kate Aaronson 6-1-03
mail sent To: Kate Aaronson 6-15-03
mail sent To: Kate Aaronson 6-16-03

06-492

FILED
AUG - 8 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Exhibit (A) Affidavit

BOH

mail sent to: Kate Aaronson   8-11-03
mail sent To: Kate Aaronson   8-24-03
mail sent To: Kate Aaronson   10-28-03
mail sent To: Prothonotary
mail sent To: Kate Aaronson   12-16-03
mail sent To: Kate Aaronson   1-11-04
mail sent To: Kate Aaronson   1-28-04 ✓
mail sent To: Kate Aaronson   2-25-04
mail sent To: Kate Aaronson   3-18-04
mail sent To: Kate Aaronson   3-27-04 ✓
mail sent To: Kate Aaronson   4-1-04 - Resent motion
mail sent To: Joe Gabay   Sept 22, 04
mail sent To: Kate Aaronson   12-21-04
mail sent To: Prothonotary   12-21-04
mail sent To: Joe Gabay   1-3-05
mail sent To: K. Feldman   3-7-05

## Certificate of Service

I, __Bradford K. Jones__, hereby certify that I have served a true and correct cop(ies) of the attached: __Writ of habeas Corpus, and Stay of writ.__ upon the following parties/person (s):

Original and 3 Copies

TO: __United states District Court__
__Clerk of The Court__
__844 N. King street__
__Locker Box 18__
__Wilmington, De 19801__

1 Copy

TO: __Bradford K. Jones #260016__
__Delaware Correctional Center__
__1181 Paddock Road__
__Building 22 B upper 6__
__Smyrna, De 19977__

2 Copies

TO: __Carl DanBerg__
__Attorney General__
__Carvel state office Building__
__820 N. French street__
__wilmington De, 19801__

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

On this __1st__ day of __August__, 2006

__Bradford K. Jones__