UNITED STATES DISTRICT COURT FOR
The District of Delaware

Bradford K. Jones
  Petitioner,

V.

Thomas Carroll, Warden,
The Attorney General of The
State of Delaware
Carol Danberg.
  Respondent.



-06-492-
FILED
AUG - 8 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Motion for stay of writ
of Habeas Corpus To Exhaust
State Remedies.
_____

Now Comes, Bradford K. Jones, And Respectfully moves This Honorable Court for, An Order "Staying The proceedings" In The Federal Court.

Petitioner, moves for A stay in good faith, To give The "Delaware State Courts" one full opportunity To Resolve Any Constitutional issues, By involking one Complete Round of The states Established postconviction and if Neccssary Appellate Review.

1.

In Support of petitioners Motion To Stay

The petitioner has attached a copy of his Notarized Affidavit which is part of his postconviction motion, pending in state court. See Affidavit 1 thru 4.

The Affidavit is being submitted as a matter of courtesy to show that petitioner is exercising his right to exhaust All his state court remedies in a meaningful and timely manner.

please consider.

X Bradford K. Jones
August 1st 06

Respectfully submitted
Bradford K. Jones

Bradford K. Jones #260016
Delaware Correctional Center
1181 Paddock Road
Building 22 B upper 6
Smyrna De, 19977

2.